IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> DYLAN MORRIS <br><br> Defendant. | **8:19CR216** <br><br> **ORDER** |

This matter is before the Court on the Government's Motion for Dismissal without prejudice (Filing No. 61). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED that the Government's Motion for Dismissal without prejudice, as it relates to Dylan Morris, (Filing No. 61) is granted.

Dated this 17th day of March 2020.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
Senior United States District Judge